opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

The People of the State of New York, Respondent, v. William Bryan, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

Clotilde Huot, as Executrix, etc., of Louis H. Huot, Deceased, Appellant, v. 111 West End Corporation, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

R. U. Delapenha & Co., Inc., Respondent, v. Dominick Ruggiero, Trading as Lexington Market, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

The People of the State of New York ex rel. Martin Fullam, Respondent, v. Wagner S. Kelly, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

Maurice Freiman, Respondent, v. Giacomo Ricci and Bertha Schwartz, Defendants, Impleaded with Bertha Schwartz, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

The Ætna Casualty and Surety Company, Appellant, v. Walter W. Price and Others, Defendants, Impleaded with Earl E. T. Smith, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present —Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Charles L. DeMartini, Appellant, v. Adolf Gobel, Inc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Charles L. DeMartini, Appellant, v. Adolf Gobel, Inc., Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

The Mechanics National Bank of Trenton, Appellant, v. Stanley Newman, Respondent, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ. [137 Misc. 587.]

Elizabeth A. Reilly, Appellant, Respondent, v. Mayer Advertising Co., Inc., and Harvey Mayer, Respondents, Appellants.— Order modified by eliminating items 2 and 3 on defendants' appeal, and granting items 5 and 6 on plaintiff's appeal, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

David Hart, Respondent, v. The Automobile Insurance Company of Hartford, Conn., Defendant, Impleaded with Martin H. Smith Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.